IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

BON KIEU,

    Plaintiff

vs.

DALE CUNNINGHAM, GREYHOUND LINES, INC.

    Defendants

3:07CV1020 -MEF

CASE NO.: cv 07-756

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Dale Cunningham, a Defendant in the above captioned matter, and in accordance with the Order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entitles reportable under the provisions of the Southern District of Alabama's General Order No. 3047.

This party is an individual with no reportable entitles that have a relationship to the party.

Respectfully Submitted,

s/ David Kirby Howard, Jr.
DONALD F. PIERCE   (PIERD9277)
JOHN C.S. PIERCE   (PIERJ0347)
D. KIRBY HOWARD (HOWD3177)
Attorneys for Greyhound Lines, Inc.

OF COUNSEL:

BUTLER PAPPAS WEIHMULLER KATZ CRAIG LLC
Post Office Box 16328
Mobile, Alabama 36616
(251) 338-3801 - telephone
(251) 338-3805 - facsimile

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Michael P. Windom, Esq.
Windom & Tobias, LLC
P. O. Box 2626
Mobile, AL 36601

Done this 23rd day of October, 2007.

                                              s/ David Kirby Howard, Jr.
                                              COUNSEL