IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

BON KIEU,

    Plaintiff

vs.

DALE CUNNINGHAM, GREYHOUND LINES, INC.

    Defendants

3:07cv1020-MEF

CASE NO.: cv 07-756

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Greyhound Lines, Inc., a Defendant in the above captioned matter, and in accordance with the Order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees, affiliates, or similar entitles reportable under the provisions of the Southern District of Alabama's General Order No. 3047.

The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| 1. American Bus Sales Associates, Inc. | Subsidiary or affiliate of Defendant Greyhound Lines, Inc. |
| 2. Americanos U.S.A., L.L.C. | Subsidiary or affiliate of Defendant Greyhound Lines, Inc. |
| 3. Autobuses Americanos, S.A. de C.V. | Subsidiary or affiliate of Defendant Greyhound Lines, Inc. |
| 4. Autobuses Amigos, S.A. de C.V. | Subsidiary or affiliate of Defendant Greyhound Lines, Inc. |
| 5. Autobuses Crucero, S.A. de C.V. | Subsidiary or affiliate of Defendant Greyhound Lines, Inc. |
| 6. Butler Pappas Weihmuller Katz Craig LLP | Attorneys for Defendant Greyhound Lines, Inc. |
| 7. Gateway Ticketing Systems, Inc. | Subsidiary or affiliate of Defendant Greyhound Lines, Inc. |

8. Gonzalez, Inc. d/b/a Golden State Transportation — Subsidiary or affiliate of Defendant Greyhound Lines, Inc.

9. Greyhound Lines, Inc. — Defendant

10. Greyhound Transit Ltd. — Subsidiary or affiliate of Defendant Greyhound Lines, Inc.

11. Laidlaw Transportation Holding, Inc. — Parent of Defendant Greyhound Lines, Inc.

12. Omnibus Americanos, S.A. de C.V. — Subsidiary or affiliate of Defendant Greyhound Lines, Inc.

13. Transportation Realty Income Partners, L.P. — Subsidiary or affiliate of Defendant Greyhound Lines, Inc.

14. Union Bus Station of Oklahoma City, Oklahoma — Subsidiary or affiliate of Defendant Greyhound Lines, Inc.

15. Wilmington Union Bus Station Corp. — Subsidiary or affiliate of Defendant Greyhound Lines, Inc.

16. David Kirby Howard, Jr. — Attorney for Defendant Greyhound Lines, Inc.

17. Donald F. Pierce — Attorney for Defendant Greyhound Lines, Inc.

18. John C. S. Pierce — Attorney for Defendant Greyhound Lines, Inc.

19. Dale Cunningham — Defendant

20. Michael P. Windom — Attorney for Plaintiff

Respectfully Submitted,

s/ David Kirby Howard, Jr.
DONALD F. PIERCE   (PIERD9277)
JOHN C.S. PIERCE   (PIERJ0347)
D. KIRBY HOWARD (HOWD3177)
Attorneys for Greyhound Lines, Inc.

OF COUNSEL:

BUTLER PAPPAS WEIHMULLER KATZ CRAIG LLC
Post Office Box 16328
Mobile, Alabama 36616
(251) 338-3801 - telephone
(251) 338-3805 - facsimile

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Michael P. Windom, Esq.
Windom & Tobias, LLC
P. O. Box 2626
Mobile, AL 36601

Done this 23rd day of October, 2007.

s/ David Kirby Howard, Jr.
COUNSEL