UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BON KIEU, | ) |
| | ) |
| Plaintiff, | ) |
| | ) 3:07cv1020-MEF |
| v. | ) CIVIL ACTION NO. |
| | ) 07-0756-BH-B |
| DALE CUNNINGHAM, GREYHOUND | ) |
| LINES, INC., ET AL., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

A motion (Doc. 5) to transfer this action to the United States District Court for the Middle Dostrict of Alabama, Eastern Division, has now been filed by Greyhound Lines, Inc. And Dale Cunningham, the named defendants herein. It is **ORDERED** that the plaintiff, Bon Kieu, **SHOW CAUSE** in writing **on or before November 12, 2007**, why this motion ought not to be granted and the action so transferred. The Court will take the motion under submission upon receipt of plaintiff's response, or on November 13, 2007, whichever first occurs.

**DONE** this 29th day of October, 2007.

s/ W. B. Hand
SENIOR DISTRICT JUDGE