UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BON KIEU, | ) |
| | ) |
| Plaintiff, | ) |
| | ) 3:07cv 1020 -MEF |
| v. | ) CIVIL ACTION NO. |
| | ) 07-0756-BH-B |
| DALE CUNNINGHAM, GREYHOUND | ) |
| LINES, INC., ET AL., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This action is before the Court on a motion (Doc. 5) filed by Greyhound Lines, Inc. and Dale Cunningham, the named defendants herein, to transfer this action to the United States District Court for the Middle District of Alabama, Eastern Division. Although the plaintiff, Bon Kieu, was directed on October 29, 2007 (Doc. 6) to **"SHOW CAUSE** in writing **on or before November 12, 2007,** why this motion ought not to be granted," he has neither filed any objection to the transfer nor requested an extension of time within which to do so.  The Court must, therefore, accept plaintiff's lack of response as an acquiescence in the requested transfer.  Consequently, it is **ORDERED** that defendants' motion to transfer be and is hereby **GRANTED** for the reasons stated therein and that the Clerk of this Court take such steps as are necessary to transfer this action to the United States District Court for the Middle District of Alabama, Eastern Division.

**DONE** this 20th day of November, 2007.

　　　　　　　　　　　　　　　　　　　　s/ W. B. Hand
　　　　　　　　　　　　　　　　　　　　SENIOR DISTRICT JUDGE



**Debra Yates/ALMD/11/USCOURTS**
11/20/2007 09:46 AM

To ALMDml_Intake
cc
bcc
Subject Fw: transfer case

SD AL TRANSFER
~~~~~~~~~~~~~~~~~~~~~~~~~~~

Thanks,
Debbie Yates
Docketing Unit Supervisor
USDC-MD AL
Debra_Yates@almd.uscourts.gov
334.954.3619

----- Forwarded by Debra Yates/ALMD/11/USCOURTS on 11/20/2007 09:45 AM -----

**Sandra Rey/ALSD/11/USCOURTS**
11/20/2007 09:06 AM

To Debra Yates/ALMD/11/USCOURTS@USCOURTS
cc
Subject transfer case

Ms. Debra Yates
United States District Court
Middle District to Alabama
One Church Street
Montgomery, AL  36104

**Re:**   Kieu v Cunningham, et al
Civil Action No. 07-0756-BH-B

Dear Ms. Yates,

In accordance with the Transfer Order entered November 20, 2007 by Senior Judge W.B. Hand we are transferring the above referenced action to your court.  I am only sending notification via email.  We greatly appreciate your cooperation in the transfer of this file electronically.  Please log in to our ECF system and download the documents.  You may use this link to access our inside server: https://156.130.62.190, or you may use your PACER account. The court login to our system is as follows:

**login:** court
**password:** family

Please send a reply email acknowledging receipt and don't hesitate to let us know if we can be of further assistance.  We look forward to your implementation of the CM/ECF Version 3 transfer module.  That will make transferring cases even easier.



*Sandra Rey*
Courtroom Deputy
USDC, Southern District of Alabama
Sandra_Rey@alsd.uscourts.gov
http://www.alsd.uscourts.gov
(251) 690-2371 - ext. 1102