IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BON KIEU, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | )   CASE NO. 3:07-cv-1020-MEF |
| | ) |
| DALE CUNNINGHAM., *et al.,* | ) |
| | ) |
|     Defendants. | ) |

# **O R D E R**

Upon consideration of the defendants' Motion to Consolidate filed on October 31,

2007, it is hereby

ORDERED that the plaintiff show cause in writing on or before December 14,

2007 as to why the motion should not be granted.

DONE this the 28th day of November, 2007.


_____
/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE
